IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| SUZANNE SARVER, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 2:08-CV-0077-RWS |
| RON JACKSON, *et al.*, | : |
| | : |
| Defendants. | : |

**ORDER**

This case came before the Court for a hearing on Plaintiff's Motion for a Temporary Restraining Order on April 23, 2008. After reviewing the entire record and hearing oral argument, Plaintiff's Motion for Temporary Restraining Order [2] is hereby **DENIED**.

"A TRO or preliminary injunction is appropriate where the movant demonstrates that:

(a)   there is a substantial likelihood of success on the merits;

(b)   the TRO or preliminary injunction is necessary to prevent irreparable injury;

      (c)     the threatened injury outweighs the harm that the TRO or preliminary injunction would cause to the non-movant; and

      (d)     the TRO or preliminary injunction would not be adverse to the public interest."

Parker v. State Bd. of Pardons & Paroles, 275 F.3d 1032, 1034-35 (11th Cir. 2001). Plaintiff was suspended from North Georgia Technical College ("NGTC") for Spring Quarter, 2008. Prior to her suspension, Plaintiff was given notice of the complaints against her and an opportunity for a hearing. When Plaintiff complained that the hearing date created a conflict for her, a new hearing date was provided. Plaintiff failed to appear at the hearing. Plaintiff asserts that she was not afforded due process in this disciplinary proceeding.

      Plaintiff was provided notice of the disciplinary charges against her and an opportunity for hearing. The Court finds that Plaintiff has failed to demonstrate a substantial likelihood of success on the merits of her due process claim. Therefore, the Court concludes that Plaintiff is not entitled to injunctive relief, and her Motion for Temporary Restraining Order [2] is hereby **DENIED**.

AO 72A
(Rev.8/82)

**SO ORDERED**, this   23rd   day of April, 2008.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)